FILED
6-23-15 PB3
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

IN RE: DISPOSABLE CONTACT LENS
ANTITRUST LITIGATION                                        MDL No. 2626

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On June 8, 2015, the Panel transferred 7 civil action(s) to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Harvey E Schlesinger.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Schlesinger.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of June 8, 2015, and, with the consent of that court, assigned to the Honorable Harvey E Schlesinger.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 17, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By: _Lenore R. Benoit_
Deputy Clerk

**IN RE: DISPOSABLE CONTACT LENS**
**ANTITRUST LITIGATION**                                    MDL No. 2626

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**CALIFORNIA NORTHERN**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| CAN | 3 | 15–01090 | Martin v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–01092 | Gordon v. Cooper Vision, Inc., et al |
| CAN | 3 | 15–01093 | Matthew Cardamone v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–01095 | Goldblatt v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–01097 | Pentsak et al v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–01123 | Juliana Brodsky v. Cooper Vision, Inc. et al |
| CAN | 3 | 15–01124 | Dusty Price et al v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–01196 | Hewitt et al v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–01212 | Buckley et al v. Cooper Vision, Inc. et al |
| CAN | 3 | 15–01276 | Watson v. Cooper Vision, Inc. et al |
| CAN | 3 | 15–01281 | Dedivanaj v. Cooper Vision, Inc. et al |
| CAN | 3 | 15–01297 | Hawkins v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–01301 | Ohmes et al v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–01340 | Kevin Moy vs. Coopervision |
| CAN | 3 | 15–01406 | Mah et al v. ABB Concise Optical Group, LLC et al |
| CAN | 3 | 15–01408 | Castillo v. Cooper Vision, Inc. et al |
| CAN | 3 | 15–01413 | Amanda Cunha v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–01544 | Diego Hernandez et al v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–01591 | Rondy–Geocaris v. Cooper Vision, Inc. et al |
| CAN | 3 | 15–01646 | Alley et al v. Cooper Vision, Inc. et al |
| CAN | 3 | 15–01898 | Dizon–Ikei et al v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–02065 | Targum v. Cooper Vision, Inc. et al |
| CAN | 3 | 15–02072 | Morse v. Bausch + Lomb et al |
| CAN | 3 | 15–02094 | Madeleine Collins et al v. Alcon Laboratories, Inc. et al |
| CAN | 3 | 15–02129 | Parker v. Cooper Vision, Inc. et al |

**FLORIDA SOUTHERN**

| DIST | DIV. | C.A.NO. |
|------|------|---------|
| FLS | 0 | 15–60534 |

|     |   |          |                                                              |
|-----|---|----------|--------------------------------------------------------------|
|     |   |          | Sendzik v. ABB/CON–CISE OPTICAL GROUP LLC et al              |
| FLS | 0 | 15–60647 | Dotel v. Coopervision, Inc. et al                            |
| FLS | 0 | 15–60663 | Hatridge v. Coopervision, Inc. et al                         |
| FLS | 0 | 15–60743 | Gaston et al v. ABB/CON–CISE OPTICAL GROUP LLC et al         |
| FLS | 1 | 15–21033 | Loera v. Coopervision, Inc. et al                            |
| FLS | 1 | 15–21069 | Smith v. Coopervision, Inc. et al                            |
| FLS | 1 | 15–21181 | Ewald et al v. Coopervision, Inc. et al                      |
| FLS | 1 | 15–21205 | Pardoll v. Coopervision, Inc. et al                          |
| FLS | 1 | 15–21268 | Lubin v. Coopervision, Inc. et al                            |
| FLS | 1 | 15–21316 | Leeds v. Coopervision, Inc. et al                            |

LOUISIANA EASTERN

| LAE | 2 | 15–00978 | Crose v. CooperVision Inc., et al |
|-----|---|----------|-----------------------------------|

MISSOURI EASTERN

| MOE | 4 | 15–00764 | Mabry et al v. Coopervision, Inc. et al |
|-----|---|----------|-----------------------------------------|

NEW JERSEY

| NJ | 2 | 15–01930 | GROSSMAN v. NOVARTIS CORPORATION et al            |
|----|---|----------|---------------------------------------------------|
| NJ | 2 | 15–02220 | ZAMORA–VALDES v. NOVARTIS CORPORATION et al       |
| NJ | 3 | 15–02135 | CRISTIANO v. COOPER VISION, INC. et al            |

TENNESSEE EASTERN

| TNE | 3 | 15–00117 | Denton v. Cooper Vision, Inc et al (TV3)      |
|-----|---|----------|-----------------------------------------------|
| TNE | 3 | 15–00138 | Larsen–Ball v. Cooper Vision, Inc. et al (TV2) |